IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GORDIUM INNOVATIONS LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 13-1496-RGA |
| | : | |
| OVERTURE NETWORKS INC. | : | |
| | : | |
| Defendant. | : | |

**ORDER**

WHEREAS, Plaintiff requested Default as to Defendant (D.7);

WHEREAS, a Clerk's Entry of Default was entered on October 22, 2013 (D.I. 9);

WHEREAS, a Motion for Default Judgment was filed (D.I. 10), and the Court directed the Plaintiff to show proof "that service on the Corporation Service Co. Was service on the right registered agent" (Oral Order entered 12/2/2013);

WHEREAS, Plaintiff filed a letter advising of service on the "incorrect entity," and requested that the Court Vacate the Entry of Default (D.I. 9), Deny the Motion for Default Judgment (D.I. 10) as Moot, and allow Defendant the appropriate amount of time to respond to the Complaint (D.I. 13);

NOW THEREFORE IT IS HEREBY ORDERED, that the Clerk's Entry of Default (D.I. 9) is VACATED, and the Motion for Default Judgment is DENIED as Moot.

12-10-13
Date

_____
United States District Judge